# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL RICHARDSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; a public entity; and DOES 1-10, individually and in their official capacity as Los Angeles Police Officers, inclusive,<br><br>Defendants. | **CASE NO. 2:21-CV-01256 SB (PLAx)**<br>[Assigned to Judge Stanley Blumenfeld, Jr., Ctrm. 6C]<br>[Assigned to Mag. Paul L. Abrams, Ctrm. 780]<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, the finding that good cause exists, the Parties' Stipulated Protective Order is granted.

IT IS SO ORDERED.

DATED: July 1, 2021

*Paul L. Abrams*
_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1