FILED
CLERK, U.S. DISTRICT COURT
November 29, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| EZEKIEL RICHARDSON, an individual<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF LOS ANGELES, a public entity and DOES 1-10, individually and in their official capacity as Los Angeles Police Officers, inclusive<br><br>　　　　　Defendants. | CASE NO. 2:21-CV-01256 SB (PLAx)<br>[Assigned to Judge Stanley Blumenfeld, Jr. Courtroom 6C]<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

　　　IT IS HEREBY ORDERED for the reasons set forth in the parties' stipulation, that pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(ii) based on the parties' agreement and stipulation that this matter be dismissed with prejudice. Each side is to bear its own fees and costs incurred in this matter.

Dated: November 29, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE